IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ISAAC BOXLEY, Individually and on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:23-cv-2476-SHL-atc |
| FURNITURE WORLD DISCOUNT WAREHOUSE, INC., | ) ) ) ) |
| Defendant. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Isaac Boxley's Original FLSA Multi-Plaintiff Action Complaint (ECF No. 1), filed August 4, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal Without Prejudice (ECF No. 11), filed November 17, 2023, all claims by Plaintiff against Defendant are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 20, 2023
Date